|   |   |
|---|---|
| 1 | **JULIE A. BLAIR** |
|   | Attorney at Law |
| 2 | California Bar No. 190802 |
|   | 964 Fifth Ave., Ste.214 |
| 3 | San Diego, California  92101 |
|   | Telephone:  (619) 544-1419 Fax (619) 544-1429 |
| 4 |   |
| 5 | Attorney for Defendant **Arellano-Rojas** |

                      UNITED STATES DISTRICT COURT

                     SOUTHERN DISTRICT OF CALIFORNIA

                        (HON. WILLIAM Q. HAYES)

| UNITED STATES OF AMERICA, ) | Criminal No. 08-CR-1184-WQH |
|---|---|
| Plaintiff, ) |   |
| ) | **Date: May 19, 2008** |
| ) | **Time: 2:00 p.m.** |
| v. ) |   |
| ) | **NOTICE OF MOTIONS AND** |
| ) | **MOTIONS TO:** |
| **ESTEBAN ARELLANO-ROJAS** ) |   |
| **Defendant** ) |   |
| ) | **1) COMPEL DISCOVERY**; **AND** |
| ) | **2) LEAVE TO FILE FURTHER MOTIONS** |

TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, and
       **PAUL S. COOK**,  ASSISTANT UNITED STATES ATTORNEY

   PLEASE TAKE NOTICE that on Monday, May 19, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Esteban Arellano-Rojas, by and through his counsel, Julie A. Blair, will move this Court to grant the above-entitled motions.

**MOTIONS**

The defendant, Esteban Arellano-Rojas, by and through his counsel, Julie A. Blair, and pursuant to Rules 6(e), 12, and 16 of the Federal Rules of Criminal Procedure and the Fourth, Fifth and Sixth Amendments to the United States Constitution, and all applicable local rules, hereby moves this court to

    1) Compel Discovery; and

    2) Leave to File Further Motions;

These motions are based upon the attached memorandum, the files and records in the above-captioned matter, and any and all other evidence brought before this court before or during the hearing on this motion.

Respectfully submitted,

Dated: May 7, 2008

S/ Julie A. Blair
**JULIE A. BLAIR**
Attorney for Defendant **Arellano-Rojas**

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>        Plaintiff,              )<br>v.                              )<br>                                )<br>                                )<br>ESTEBAN ARELLANO-ROJAS,         )<br>                                )<br>        Defendant.              )<br>_____ ) | CASE NO. 08CR1184-WQH<br><br><br>**PROOF OF SERVICE** |

I, Julie A. Blair, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On the this 7th day of May 2008, I served the within **Motion to Compel Discovery and Leave to File Further Motions** in Case No. 08CR1184-WQH electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 7th May 2008, at San Diego, California.

S/Julie A. Blair

JULIE A. BLAIR